UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**RAMIRO BELTRAN, individually and on behalf of all other similarly situated,**
        **Plaintiff,**

    v.                                            Case No. 13-C-1043

**MAXFIELD'S, LLC, et al.,**
        **Defendants.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

On December 13, 2013, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1.    The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures on or before **December 16, 2013**.

2.    The parties may join additional parties and amend pleadings without further leave of court through **December 16, 2013**.

3.    The plaintiff's motion for conditional certification is due **March 3, 2014**.

4.    The parties' motions regarding Rule 23 certification are due **May 30, 2014**.

5.    The parties shall disclose any expert witnesses on liability, consistent with Rule 26(a)(2), on or before **July 13, 2014**. Rebuttal expert disclosures shall be made on or before **August 15, 2014**.

6.    a.    Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

  b. All discovery motions and non-dispositive pretrial motions **must** be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion **must not exceed three pages in length**. **No separate memorandum** may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) **must not exceed two pages**. An opposing memorandum, which **must not exceed three pages in length**, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

 7. a. Any dispositive motions must be served and filed on or before **September 19, 2014**.

  b. All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

 8. The court expects counsel to confer and make a good faith effort to settle the case.

 The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 13th day of December, 2013.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge

3

Case 2:13-cv-01043-LA   Filed 12/13/13   Page 3 of 3   Document 22