UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RAMIRO BELTRAN
        Plaintiff,

CASE NO. 13-cv-1043

v.

MAXFIELD LLC, *et al.*
        Defendants.

## ORDER APPROVING STIPULATION TO EQUITABLE TOLLING AND PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS

Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that all terms of this Stipulation be and are hereby approved.

    1. The statute of limitations for all putative class members shall toll from February 10, 2014 through April 15, 2014;

    2. Plaintiffs' Counsel is authorized to contact putative class members via phone prior to the dissemination of Court authorized Notice;

    3. Defendant is ordered to pay the itemized monthly bill up to $800 for the time spent by Plaintiffs' Counsel to obtain the requisite information needed to complete the class list and facilitate notice to potential putative class members.

    Dated this 26th day of February, 2014

                                          s/ Lynn Adelman
                                          _____
                                          Honorable Lynn Adelman
                                          United States District Court Judge